Michele R. Stafford, Esq. (SBN 172509)
Muriel B. Kaplan, Esq. (SBN 124607)
SALTZMAN & JOHNSON LAW CORPORATION
44 Montgomery Street, Suite 2110
San Francisco, CA 94104
Tel: (415) 882-7900
Facsimile: (415) 882-9287
mstafford@sjlawcorp.com
mkaplan@sjlawcorp.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CONTERRA GROUP, INC., a California corporation; and JAVIER CONCEPCION HERRERA, an individual, <br><br> Defendants. | Case No.: C12-5862 TEH <br><br> **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER THEREON** <br><br> Date: Monday, February 25, 2013 <br> Time: 1:30 p.m. <br> Ctrm: 12, 19th Floor <br> 450 Golden Gate Avenue <br> San Francisco, California <br> Judge: The Honorable Thelton E. Henderson |
|---|---|

Plaintiffs respectfully request that the Case Management Conference scheduled for February 25, 2013, at 1:30 p.m., be continued for approximately 30 – 45 days, as follows:

1. As the Court's records will reflect, this action was filed on November 15, 2012 to compel Defendants to comply with the terms of their Collective Bargaining Agreement.

2. At Defendant's request, a payment plan in the form of a stipulated judgment was drafted and sent to Defendants for execution. The payment plan included all amounts owed from Defendants to Plaintiffs Trust Funds.

3. However, Defendants did not execute the payment plan, but instead, advised they would make a lump sum payment. The parties then failed to agree upon a settlement amount.

4. Defendants recently retained counsel and both parties are now close to finalizing a payment plan.

5. Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately 30 – 45 days in order to allow sufficient time for both parties to finalize and execute the payment plan.

6. There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

7. Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: February 15, 2013       SALTZMAN & JOHNSON
                               LAW CORPORATION

                         By: _____/s/_____
                             Michele R. Stafford
                             Attorneys for Plaintiffs

IT IS SO ORDERED.

    Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to __04/08/2013___, and all related deadlines are extended accordingly.

Date: ____02/19/2013____

_____
THE HON. THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — Judge Thelton E. Henderson)

-2-
REQUEST TO CONTINUE CMC
Case No.: C12-5862 TEH

P:\CLIENTS\OE3CL\Conterra Group, Inc\Pleadings\C12-5862 TEH - Request to Continue CMC 021513.docx