1  Michele R. Stafford, Esq. (SBN 172509)
   Muriel B. Kaplan, Esq. (SBN 124607)
2  SALTZMAN & JOHNSON LAW CORPORATION
   44 Montgomery Street, Suite 2110
3  San Francisco, CA 94104
   Tel: (415) 882-7900
4  Facsimile: (415) 882-9287
   mstafford@sjlawcorp.com
5  mkaplan@sjlawcorp.com

6  Attorneys for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9                FOR THE NORTHERN DISTRICT OF CALIFORNIA

| 10 | F. G. CROSTHWAITE, et al., as Trustees of the OPERATING ENGINEERS' HEALTH AND WELFARE TRUST FUND, et al. | Case No.: C12-5862 TEH |
|---|---|---|
| 11 | | **PLAINTIFFS' REQUEST FOR CONTINUANCE OF CASE MANAGEMENT CONFERENCE; and [~~PROPOSED~~] ORDER THEREON** |
| 12 | Plaintiffs, | |
| 13 | v. | Date: Monday, April 8, 2013 |
| 14 | CONTERRA GROUP, INC., a California corporation; and JAVIER CONCEPCION HERRERA, an individual, | Time: 1:30 p.m. Ctrm: 12, 19th Floor |
| 15 | | 450 Golden Gate Avenue San Francisco, California |
| 16 | Defendants. | Judge: The Honorable Thelton E. Henderson |

17

18      Plaintiffs respectfully request that the Case Management Conference scheduled for

19  Monday, April 8, 2013, at 1:30 p.m., be continued for approximately 30 – 45 days, as follows:

20      1.   As the Court's records will reflect, this action was filed on November 15, 2012 to

21  compel Defendants to comply with the terms of their Collective Bargaining Agreement.

22      2.   Plaintiffs did not serve Defendants with the summons and complaint package

23  because Defendants requested a payment plan. A payment plan in the form of a stipulated

24  judgment was drafted and sent to Defendants for execution. The payment plan included all

25  amounts owed from Defendants to Plaintiffs Trust Funds.

26      3.   However, Defendants did not execute the payment plan, but instead, advised they

27  would make a lump sum payment. The parties then failed to agree upon a settlement amount.

28

4.     Defendants recently retained counsel and both parties are now negotiating a settlement.

5.     Therefore, Plaintiffs respectfully request that the Case Management Conference be continued for approximately 30 – 45 days in order to allow sufficient time for both parties to resolve this matter.

6.     There are no issues that need to be addressed by this Court at the currently scheduled Case Management Conference.  In the interest of conserving costs as well as the Court's time and resources, Plaintiffs respectfully request that the Court continue the currently scheduled Case Management Conference.

7.     Plaintiffs recognize that a case management conference statement is due seven days in advance of the case management conference date and that the statement must include all elements requested in the "Standing Order for All Judges of the Northern District of California – Contents of Joint Case Management Statement" pursuant to Local Rule 16-9.  Should this Court require Plaintiffs to file a Case Management Conference Statement, Plaintiffs will do so promptly.

Dated: March 25, 2013

SALTZMAN & JOHNSON
LAW CORPORATION

By: _____/s/_____
Michele R. Stafford
Attorneys for Plaintiffs

IT IS SO ORDERED.

Based on the foregoing, and GOOD CAUSE APPEARING, the currently set Case Management Conference is hereby continued to 05/13/2013 @ 1:30 p.m. and all related deadlines are extended accordingly.

Date: __04/01/2013__

_____
THE HONORABLE THELTON E. HENDERSON
UNITED STATES DISTRICT COURT

-2-
REQUEST TO CONTINUE CMC
Case No.: C12-5862 TEH